77, 138-31

SENRICK S. WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, Texas 77583

April 24, 2015

Office of Chief Disciplinary Counsel
State Bar of Texas
RE: Complaints Regarding Misconduct & Prosecutorial Misconduct

Dear State Bar of Texas,

I know that you will continue to ignore my complaints because you continue to return my COMPLAINTS unstamped. I received your letter on April 20, 2015, and your letter to me is without date.

In any event, to quote the first sentence from your letter, it specifically says: "... this office can investigate complaints made about an attorney's conduct, ...." Therefore, I am respectfully requesting that the State Bar to investigate defense counsel Calvin D. Johnson; appeals counsel Lori Oriday; & State's assistant district attorney Brooke B. Grona-Robb.

Defense counsel Calvin D. Johnson's conduct was extremely deficient and unprofessional. Johnson never once informed me that I was indicted for F10-01182 sexual performance by a child, F10-01183 sexual performance by a child, F10-01184 sexual assault on a child & F10-01185 compelling prostitution. He never once filed any motions for these cases: No Discovery, which results in a violation of Brady Material. Johnson knew that I was never once ever arrested, and never once ever arraigned for these tainted crimes! And on 12/3/2010, Johnson tricked me into signing some invalid PR bonds for them, while I was never once in any custody for them. The trial docket sheets are totally incomplete because there is not any activity recorded anywhere on them. Johnson forced me into that illegal trial, on 12/14/2010, knowing that I was never once arrested, and never once arraigned for them! And he never filed for any pre-trial hearings. I have filed a

a Malpractice Civil suit against Calvin D. Johnson. See Case No. DC-15-01492. I am respectfully request that this State Bar of Texas, to do a thorough investigation for the misconduct of Calvin D. Johnson, He has never given me any files from cause Nos. F08-60213, F08-60222; F10-01182, F10-01183, F10-01184 & F10-01185.

Appeals lawyer Lori Ordiway was hired in February of 2011, and she filed a Motion for me, to receive the Trial Records for free. That motion was granted, and after she received them, Lori Ordiway promised that she would make a copy of them and forward them to me. She totally lied, and never mailed me the Clerk's records, the Reporter's records, or the trial transcripts from cause Nos. F08-60213, F10-01183 & F10-01184. Lori Ordiway never once informed me about the Motion for New Trial, that was granted on January 5, 2011, and she purposely failed to inform me about all of the hearings that were held in June & July of 2012. She was very upset because my family could not afford to pay her the entire $15,000. I would have been free back in February of 2011, if she would have informed me about the granted Motion for New trial from cause Nos. F08-60213, F10-01183 & F10-01184. I have filed a Malpractice civil suit against Lori Ordiway. See Case No. DC-15-00716, I am requesting that the State Bar to due an investigation.

On 11/24/2010, prosecutor Brooke B. Grona-Robb filed the invalid indictments from the tainted cases in cause Nos. F10-01182, F10-01183, F10-01184 & F10-01185. Grona-Robb fraudulently forged those indictments because she never once presented them before any Magistrate Judge or grand jury. And she fraudulently forged the four (4) tainted arrest dates for cause Nos. F10-01183 & F10-01184. The files are missing because there are none! I have filed a Malpractice civil suit against Brooke B. Grona-Robb. See Case No. DC-15-01662. An investigation must be executed immediately.

Sincerely,
Sean Well

P.S. Safeguard my Liberty

Senrick  Wilkerson #1885146
TDCJ Ramsey Unit
1100 FM 655
Rosharon, TX 77583